FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA CHAVEZ VALLE and ELOY LORENZO CHAVEZ SANTIAGO,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK,<br><br>        Defendants. | No.   2:23-cv-110-EFS<br><br>**ORDER DISMISSING CASE** |

On March 28, 2024, the parties filed a stipulated dismissal. ECF No. 21.

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1.    The previously entered **STAY** is **LIFTED**.

2.    The parties' Stipulated Motion to Dismiss Case Without Prejudice, **ECF No. 21**, is **GRANTED.**

3.    All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorney fees.

ORDER DISMISSING CASE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4.      All pending motions are **DENIED AS MOOT.**

5.      All hearings and other deadlines are **STRICKEN.**

6.      The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th  day of March 2024.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING CASE - 2